Court of Appeals No. 02-14-00329-CV
Trial Court Cause No. CV-12-04-234

| | | |
|---|---|---|
| DENNIS GARTMAN and JERRY K. BAKER, | § | FILED IN<br>2nd COURT OF APPEALS IN THE DISTRICT COURT |
| | § | FORT WORTH, TEXAS |
| Plaintiffs, | § | 12/31/2014 4:54:06 PM |
| | § | DEBRA SPISAK |
| VS. | § | Clerk OF WISE COUNTY, TEXAS |
| | § | |
| AVEKO General Aviation, s.r.o.; AVEKO, s.r.o.; | § | |
| PESZKE S.C.; AERO AT Sp.zo.o; GALAXY-high | § | |
| TECHNOLOGY, s.r.o.; GOBASH LSA, LLC; and | § | |
| U.S. AVIATION GROUP, LLC, | § | |
| Defendants. | § | 271ST JUDICIAL DISTRICT |

December 23, 2014

<u>AFFIDAVIT</u>

I, Denise Hill, Official Court Reporter for the 271st District Court of Wise County, Texas, am making this affidavit in reference to the above-styled and numbered cause.

Defendant, AERO AT Sp.zo.o, filed a notice of appeal in this case. The Defendant designated as part of its appellate record the Reporter's Record pertaining to hearings held on April 1, 2013, and April 23, 2013.

I was not the official court reporter for the 271st District Court of Wise County, Texas, during that time period, and the official who reported the proceedings has since retired and left no forwarding address or contact information.

In addition to that, I was made aware that official's personal and business computers were confiscated and are in the possession of law enforcement and that the official's stenograph machine was sold at auction. I contacted Wise County's Asset Control Department and was provided a phone number for the person who purchased that machine at auction. I left a phone message for this individual but have not received a return call from him.

/s/Denise Hill, CSR, RPR
DENISE HILL, CSR No. 4381
Expiration Date: 12/31/14
Official Court Reporter
271st Judicial District Court
Wise-Jack Counties
(940) 627-3200
denise.hill@co.wise.tx.us